1  Desmond C. Lee (CA Bar #158952)
   dlee@deconsel.com
2  Yuliya Mirzoyan (CA Bar #247324)
   ymirzoyan@deconsel.com
3  DeCARLO, CONNOR & SHANLEY
   A Professional Corporation
4  533 South Fremont Avenue, Ninth Floor
   Los Angeles, California 90071-1706
5  Telephone: (213) 488-4100

6  Attorneys for Petitioner SOUTHWEST
   REGIONAL COUNCIL OF CARPENTERS
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11 SOUTHWEST REGIONAL COUNCIL )   CASE NO. 10-CV-02651 RGK
   OF CARPENTERS, a labor      )   (PJW)
12 organization,                )
                                )   [PROPOSED] JUDGMENT
13               Petitioner,    )
                                )
14        vs.                   )
                                )
15 ENTERPRISE DEVELOPER, a      )
   California business entity; and DOES 1 )
16 through 50,                  )
                                )
17               Respondents.   )
                                )
18

19        Upon consideration of the contentions of petitioner Southwest Regional

20 Council of Carpenters' unopposed Petition to Confirm Arbitration Award, and this

21 Court having jurisdiction under Section 301 of the Labor Management Relations

22 Act, 29 U.S.C. § 185, and good cause appearing therefor,

23        IT IS HEREBY ORDERED AND ADJUDGED that the Award issued by

24 Arbitrator Edna Francis on October 29, 2009 is hereby confirmed and enforced,

25 and Respondent Enterprise Developer Corp. shall comply with the Award,

26 including "1) by paying Mr. Cervantes at the applicable hourly wage rate for his

27 services on those dates (i.e., $32.30/hour for 24 hours of employment = $775.20)

28 and 2) by paying him waiting time at the rate specified in the MLA

(quoted above) from the date the pay was due until the date Contractor pays Mr. Cervantes for the services rendered on the aforementioned dates."

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that SOUTHWEST REGIONAL COUNCIL OF CARPENTERS has a judgment against ENTERPRISE DEVELOPER CORPORATION, as follows:

1.   $32.30/hour for 24 hours of employment                                   $775.20
(8 hours each day on August 3, 2009, August 4, 2009, and August 5, 2009)

2.   Waiting time at the rate specified in Section 902.2 the Master Labor Agreement ("MLA"): "In the event the Employer fails to pay employees laid off or discharged, they shall be paid waiting time at the straight time rate of eight (8) hours per day, five (5) days per week, until the time such payment has bee made." Pursuant to California Labor Code Section 203, Respondent Enterprise Developer Corp. shall pay this waiting time for 30 days. Thus, the penalty is $32.30/hour, eight hours/day, for 30 days.   $7,752.00

TOTAL:                                                                              $8,527.20

This Court retains jurisdiction for purposes of confirming and enforcing any further award made by the arbitrator.

IT IS SO ADJUDGED

DATED: October 7, 2010

*[signature: Gary Klausner]*

Judge R. Gary Klausner
United States District Judge